# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHILIP HUGHES,

    *Petitioner*,

vs.

HOWARD SKOLNIK, *et al.,*

    *Respondents*.

2:10-cv-00805-KJD-LRL

ORDER

This represented habeas matter comes before the Court for initial review under Rule 4 of the Rules Governing Proceedings under Section 2254 (the "Habeas Rules"). Under 28 U.S.C. § 2242 and Habeas Rule 2(c)(5), a habeas petition must be signed and verified under penalty of perjury by the petitioner or by a person authorized to sign for the petitioner. *See also Advisory Committee Notes to 2004 Amendments* (such as, "for example, an attorney for the petitioner"). Counsel electronically signed the petition, but the petition is not verified by a signature made either by or for the petitioner under penalty of perjury. *Cf.* District of Nevada Noncapital Section 2254 Form, at 9; No. 2:08-cv-1825-GNM-GWF, #19.

IT THEREFORE IS ORDERED that, within thirty (30) days of entry of this order, petitioner shall file an appropriate verification of the petition.

DATED: June 27, 2011

_____
KENT J. DAWSON
United States District Judge