# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHILIP HUGHES,

    *Petitioner*,

vs.

HOWARD SKOLNIK, *et al.*,

    *Respondents*.

2:10-cv-00805-KJD-VCF

ORDER

This represented habeas matter under 28 U.S.C. § 2254 comes before the Court on petitioner's motion (#11) to compel compliance with Court order and motion (#12) for an extension of time to file a reply.

Respondents did not comply with the Court's order (#7) specifically directing – following a screening review tailored to this particular case – the state court record materials that were to be included with a response in this matter. The supplemental exhibits filed recently continue to fall far short of compliance with the order. In the response to petitioner's motion, as well as in the notice filed with the supplemental exhibits, counsel continues to simply disregard the Court's prior order.

An order such as in this case detailing the specific record materials that the Court finds relevant to adjudication of the case follows upon a case-specific screening review. Regardless of whether counsel agrees with the Court's assessment, simply disregarding the Court's order is not an option.

IT THEREFORE IS ORDERED that petitioner's motion (#11) to compel compliance with Court order is GRANTED and that, within **twenty-one (21)** days of entry of this order, respondents shall fully comply with all requirements of the Court's prior order (#7).  No extensions of time will be granted to comply with the Court's orders, as respondents have had ample time previously to comply.

IT FURTHER IS ORDERED that petitioner's motion (#12) to extend time is GRANTED, such that petitioner may file a reply **sixty (60) days** from entry of this order.  If respondents fail to timely and fully comply with the Court's orders, petitioner may seek an extension of time as necessary to the situation.

DATED: January 7, 2013

_____
KENT J. DAWSON
United States District Judge