# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PHILIP HUGHES,

    *Petitioner*,

vs.

HOWARD SKOLNIK, *et al.*,

    *Respondents*.

2:10-cv-00805-KJD-VCF

ORDER

Petitioner's motion (#25) for an extension of time is DENIED as moot. Petitioner neither has filed a reply nor sought a further extension within the extended deadline requested. The matter now is submitted for decision on the merits.

DATED: May 24, 2013

_____
KENT J. DAWSON
United States District Judge